**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000347
17-OCT-2024
08:12 AM
Dkt. 32 OAWST**

NO. CAAP-24-0000347

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MICHAEL L. ADAMS and JASMINE GOODELL,
individually and in their capacities as Personal Representatives
of the Estate of Fay A. Block, Plaintiffs-Appellees, v.
HEATHER MAXINE PARSONS, also known as Heather Neeraja Parsons and
Neeraja Parsons; ROBERT W. PARSONS, Defendants-Appellees, and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL UNITS 1-10, Defendants

MICHAEL L. ADAMS and JASMINE NAOMI LEE,
individually and in their capacities as Personal Representatives
of the Estate of Fay A. Block, Plaintiffs-Appellees, v.
PAUL A. KAIWI, JR., Defendant-Appellant, and
ISLANDS HOSPICE, INC., Defendant-Appellee, and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NOS. 2CC191000147 and 2CCV-20-0000204 (consolidated))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (Stipulation), filed September 9, 2024, by Defendant-Appellant Paul A. Kaiwi, Jr., the papers in support, and the record, it appears that (1) the filing fees have been paid and the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on

appeal; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, October 17, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge